**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case Number:  9:19-CV-80883-RLR

NICHOLAS PAGAN,

        Plaintiff,

v.

GENESCO, INC.,

        Defendant.

_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**OF DEFENDANT WITH PREJUDICE**

Plaintiff, NICHOLAS PAGAN ("Plaintiff"), by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby provide this Notice to the Court and to all relevant parties of Plaintiff's voluntary dismissal of Defendant, GENESCO, INC., with Prejudice.

Respectfully submitted this 30TH day of July, 2019.

*/s/ Alberto R. Leal*
Alberto R. Leal
Florida Bar No.: 1002345
The Leal Law Firm, P.A.
9314 Forest Hill Boulevard, #62
Wellington, FL 33411
Phone: 561-237-2740
Facsimile: 561-237-2741
E-Mail: al@thelealfirm.com

Attorney for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 30th day of July, 2019, we electronically filed the

forgoing with the Clerk of the Court by using the CM/ECF system.


*/s/ Alberto R. Leal*
Alberto R. Leal
Florida Bar No.: 1002345