UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:19-cv-80883-ROSENBERG/REINHART

NICHOLAS PAGAN,

    Plaintiff,

v.

GENESCO, INC., *d/b/a Johnston & Murphy*,

    Defendant.

_____/

## ORDER CLOSING CASE

**THIS CAUSE** is before the Court on the Notice of Voluntary Dismissal at docket entry 7. In light of the fact that this case has been dismissed, it is

**ORDERED AND ADJUDGED**:

1. All pending motions are **DENIED AS MOOT**, all hearings are **CANCELLED,** and all deadlines are **TERMINATED**;

2. The Clerk of the Court is instructed to **CLOSE THIS CASE**.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 30th day of July, 2019.

                                                        ROBIN L. ROSENBERG
                                                        UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record